■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP SANTORO, Appellant. [9 NYS3d 881]—Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Greller, J.), rendered February 27, 2013, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of driving while ability impaired by drugs.

Ordered that the amended judgment is affirmed.

Contrary to the defendant's contentions, he was not deprived of the effective assistance of counsel during the proceedings in which he admitted to violating a condition of probation or during the proceedings in which a sentence of imprisonment was imposed upon his underlying conviction (*see Strickland v Wash-*

*ington*, 466 US 668 [1984]; *People v Benevento*, 91 NY2d 708 [1998]). The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Dillon, J.P., Leventhal, Chambers and Maltese, JJ., concur.